**Motion Denied and Order filed June 17, 2016.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-15-00935-CR
NO. 14-15-00936-CR
_____

**JOSE  HERIBERTO  LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1348777 and 1348778**

---

## ORDER

Appellant is represented by retained counsel, **Patrick F. McCann**. Appellant's brief was originally due March 14, 2016**.** We have granted a total of 91 days to file appellant's brief until June 13, 2016. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On June 14, 2016, counsel filed a further request

for an extension of 60 days to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We **DENY** the request for extension and **ORDER** Patrick F. McCann to file a brief with the clerk of this court on or before **July 13, 2016**. If he does not timely file appellant's brief as ordered, the court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison.